Hoye v Chatham Supermarkets, Inc. Appeal from Macomb, Alton H. Noe, J. Submitted Division 2 October 5, 1971, at Detroit. (Docket No. 10859.) Decided December 9, 1971. Leave to appeal denied, 387 Mich 768.

*Moss, Williams & Smith,* for plaintiff.

*Sugar, Schwartz, Silver, Schwartz & Tyler* (*Donna Beck,* of counsel), for defendants Forbes-Cohen Corporation and Regional Shopping Center, Inc.

*Weinstein, Kroll & Gordon,* for defendant Chatham Supermarkets, Inc.

Before: Lesinski, C. J., and V. J. Brennan and O'Hara, JJ.

Per Curiam. Plaintiff brought an action for damages which resulted from injuries sustained when she slipped and fell while leaving a supermarket maintained by defendants. After the plaintiff rested, the court below granted defendants' motion for a directed verdict of no cause of action.

We are unable to distinguish the facts of this case from those in *Nash* v. *Lewis* (1958), 352 Mich 488, and on authority of *Nash* we must, albeit reluctantly, affirm.

Affirmed.